**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CASE NO. 1:22-cv-344**

**JAZMINE FOSTER-HALL, *on Behalf of Herself and All Others Similarly Situated,***

**Plaintiff,**

**v.**

**SNOOZE HIC LLC, d.b.a. SNOOZE, AN A.M. EATERY,**

**Defendant.**

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

Plaintiff Jazmine Foster-Hall files this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) and states:

1. Plaintiff filed her Complaint on February 7, 2022 (Dkt. 1) and Amended Complaint on February 21, 2022 (Dkt. 9).

2. To date, Defendant has not filed an Answer or any other responsive pleading.

3. Federal law does not require a court order for dismissal of the case.

4. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

5. This dismissal is without prejudice.

6. All courts and fees accrued to date shall be borne by the party incurring the same.

Dated March 15, 2022.

RESPECTFULLY SUBMITTED BY

By: */s/ Alanna Klein Fischer*
Alanna Klein Fischer

Ohio Bar No. 0090986
Anthony J. Lazzaro
Ohio Bar No. 0077962
Lori M. Griffin
Ohio Bar No. 0085241
Matthew S. Grimsley
Ohio Bar No. 0092942
The Lazzaro Law Firm, LLC
34555 Chagrin Boulevard, Suite 250
Moreland Hills, Ohio 44022
Telephone: 216-696-5000
Facsimile: 216-696-7005
alanna@lazzarolawfirm.com
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com
matthew@lazzarolawfirm.com

And

Don J. Foty
Texas Bar No. 24050022
Hodges & Foty, LLP
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116
dfoty@hftrialfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2022, the foregoing Notice of Dismissal Without Prejudice was served upon all counsel of record using the Court's electronic case filing system. A copy of the foregoing was also served upon Defendant Snooze HiC LLC, d.b.a. Snooze, an A.M. Eatery via first class mail to:

Snooze HiC LLC
c/o Corporation Service Company
1900 W. Littleton Boulevard
Littleton, CO 80120

By: */s/ Alanna Klein Fischer*
Alanna Klein Fischer